IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN THOMPSON,

        Petitioner,           No. CIV S-06-0547 MCE GGH P

  vs.

BRIAN O'CONNER, et al.,

        Respondents.      <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of mandamus pursuant to 28 U.S.C. § 1651.  Because petitioner challenges the validity of a finding that he violated parole, the court construes this action as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  The court construes this action as petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254;

1

1        2.  Petitioner shall submit, within thirty days from the date of this order, an

2  affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

3  petitioner's failure to comply with this order will result in the dismissal of this action;

4        3.  The Clerk of the Court is directed to send petitioner a copy of the in forma

5  pauperis form used by this district;.

6  DATED: 3/29/06

7                                /s/ Gregory G. Hollows

8                                GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

9  GGH:bb
    thom0547.101a+

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26