IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN THOMPSON,

    Petitioner,             No. CIV S-06-0547 MCE GGH P

  vs.

BRIAN O'CONNER, et al.,

    Respondents.        ORDER
_____/

      Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: 6/2/06

                                 /s/ Gregory G. Hollows

                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

GGH:mp
thom0547.159

1